**Order entered July 15, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

<hr>

**No. 05-21-01043-CR**

**JOSEPH DEAN FISHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

<hr>

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 20-00307-422-F**

<hr>

**ORDER**

Appellant's brief was due Mach 9, 2022. When it was not timely filed despite our granting an extension, we abated for a hearing. The trial court held a May 16, 2022 hearing and determined appellant desired to appeal and that counsel had not abandoned the appeal. Counsel represented to the trial court that he would file appellant's brief "Next Monday, one week from today, seven days." We adopted those findings and ordered appellant's brief filed by June 24, 2022. We cautioned counsel that the failure to file a brief or communicate with the Court by

that date would result in the Court taking whatever actions it deems appropriate to ensure this appeal proceeds in a more timely fashion, which could include removing counsel and abating for the appointment of new counsel. To date, no brief has been filed and we have had no communication from appellate counsel.

We again **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. The trial court shall make appropriate findings and recommendations, including whether it is necessary to appoint new counsel to assure effective representation.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Shelton Gibbs, IV, Presiding Judge, 422nd Judicial District Court; and to counsel for all parties.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated twenty days from the date of this order or when the Court finds it appropriate to do so.

/s/    BILL PEDERSEN, III
        JUSTICE